FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY -5 AM 9:56

CLERK _E. Bon_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(SAVANNAH DIVISION)

UNITED STATES OF AMERICA,

     Plaintiff,

   v.                              Case No. CR696-00007-003

FRANKLIN E. HAGINS,

     Defendant.

## **ORDER**

Motion for Reconsideration of sentence is DENIED.

SO ORDERED this _5_ day of May, 2009.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia